UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA ex rel,

FIRST AMERICAN ENGINEERED SOLUTIONS, L.L.C.,
GERALD MORRIS individually and as sole member
of First American Engineered Solutions, L.L.C., and
FIRST AMERICAN ENGINEERED SOLUTIONS, L.L.C.,

                        Plaintiffs,                  Case No. 08-C-141

v.

OLIN CORPORATION,
WINCHESTER AMMUNITION Division

                        Defendants.

**ORDER**

This matter coming before the Court on the Parties' Joint Stipulation Regarding Briefing On Defendant's Motion to Dismiss and to Compel Arbitration, due notice given and the Court being fully advised in the premises, **IT IS HEREBY ORDERED** that:

1. Plaintiffs First American Engineered Solutions, L.L.C. and Gerald Morris may file their response to defendant's motion to dismiss and to compel arbitration on or before July 31, 2008.

2. Defendant Olin Corporation, Winchester Ammunition Division, may file its reply in support of its motion to dismiss and to compel arbitration on or before August 27, 2008.

Dated this   18th   day of July, 2008

                                BY THE COURT:

                                s/ William C. Griesbach
                                William C. Griesbach
                                United States District Judge