# Exhibit #4

# FIRST AMERICAN *Engineered Solutions, L.L.C.*

## *An American Indian-Owned Enterprise*

Principal Location:
136 Jackson Street, Suite C
Oshkosh, Wisconsin 54901
Telephone: (920) 231-8501
Facsimile: (920) 231-8506

Corporate Headquarters:
1090 Vermont Avenue Suite 800
Washington, DC 20005
Telephone: (800) 691-9027
Facsimile: (800) 691-9028

## INVOICE

**Invoice Number:** 904021204
**Invoice Date:** February 12, 2004

**Bill To:** ACCOUNTS PAYABLE
Department of Homeland Security/Procurement
FLETC Procurement Division
1131 Chapel Crossing Road
Brunswick (Glynco), Georgia 31524-0001

**Remit To:** First American Engineered Solutions, L.L.C.
Post Office Box 523
Belleville, Illinois 62220

**Purchase Requisition:** 03FAD0156   **Issuing Office:** Department of Homeland Security/PRO
**Order Number:** FTDO0301738   Attn: Scott Langston, Bldg. 93
**Contract No.:** Tftc 03-25   1131 Chapel Crossing Road
Glynco, Georgia 31524

| Item | Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| 1. | 1 Case | Q4345 .38 Special, Reduced Hazard Frangible Ammunition (Thousand rounds per case) | $ 261.60 | $ 261.60 |
| 2. | 1 Case | Q4343 .357 SIG, Reduced Hazard Frangible Ammunition (Thousand rounds per case) | $ 261.60 | $ 261.60 |
| 3. | 1 Case | Q4344 .45 ACP Auto, Reduced Hazard Frangible Ammunition (Thousand rounds per case) | $ 300.00 | $ 300.00 |
| 4. | 1 Case | Q4341 .40 S&W, Reduced Hazard Frangible Ammunition (Thousand rounds per case) | $ 256.20 | $ 256.20 |
| 5. | 1 Case | Q4342 9MM, 100 Grain, Reduced Hazard Frangible Ammunition (Thousand rounds per case) | $ 218.00 | $ 218.00 |
| 6. | 1 Case | Q4346 9MM, 90 Grain, Reduced Hazard Frangible Ammunition (Thousand rounds per case) | $ 207.10 | $ 207.10 |
| 7. | 1 Case | Q1539 12 Gauge, #00 Buck Shot Reduced Hazard, Frangible Ammunition (Thousand rounds per case) | $ 599.50 | $ 599.50 |
| | | **Subtotal** | | $ 2,104.00 |

**MBDA National Minority Supplier of the Year**

# FIRST AMERICAN *Engineered Solutions, L.L.C.*
## An American Indian-Owned Enterprise

Principal Location:
136 Jackson Street, Suite C
Oshkosh, Wisconsin 54901
Telephone: (920) 231-8501
Facsimile: (920) 231-8506

Corporate Headquarters:
1090 Vermont Avenue Suite 800
Washington, DC 20005
Telephone: (800) 691-9027
Facsimile: (800) 691-9028

Department of Homeland Security
February 12, 2004
Page two

| # | Qty | Description | Unit Price | Amount |
|---|-----|-------------|-----------|--------|
| 8. | 1 Case | Q1540 12 Gauge, #4 Shot, Reduced Hazard, Frangible Ammunition (Thousand rounds per case) | $ 626.80 | $ 626.80 |
| 9. | 1 Case | Q1542 12 Gauge, Slug Reduced Hazard Frangible Ammunition (Thousand rounds per case) | $ 599.50 | $ 599.50 |
| 10. | 1 Case | Q3281 .223, Unjacketed, Reduced Hazard, Frangible Ammunition (Thousand rounds per case) | $ 348.80 | $ 348.80 |
| 11. | 1 Case | Q1539 12 Gauge, #00 Buck Shot Reduced Hazard Training Ammunition (Thousand rounds per case) | $ 599.50 | $ 599.50 |
| 12. | 1 Case | Q1540 12 Gauge, #4 Shot, Reduced Hazard Training Ammunition (Thousand rounds per case) | $ 626.80 | $ 626.80 |
| 13. | 1 Case | Q1541 12 Gauge, #7 Shot Reduced Hazard Training Ammunition (Thousand rounds per case) | $ 261.60 | $ 261.60 |
| 14. | 1 Case | Q1542 12 Gauge, Slug Reduced Hazard Training Ammunition (Thousand rounds per case) | $ 599.50 | $ 599.50 |
| 15. | 1 Case | Q3281 .223, Unjacketed, Reduced Hazard Training Ammunition (Thousand rounds per case) | $ 348.80 | $ 348.80 |
| 16. | 1 Case | Q3262 .223, Jacketed, Reduced Hazard Training Ammunition (Thousand rounds per case) | $ 293.00 | $ 293.00 |
| | | Subtotal | | $ 4,304.30 |
| | | **AMOUNT DUE** | | $ 6,408.30 |

**NOTES:**
1. Payment terms: Inclusive of Federal Excise Tax (FET)
2. Payment terms: Net thirty (30) days
3. DUNS number: 11-437-5756
4. Federal ID number: 41-1879504

Thank you for extending to First American Engineered Solutions an opportunity
to assist in the fulfillment of the U. S. Customs Service mission.

Schedule of Supplies

### Frangible

| SLIN | Caliber/Gauge | Part Number | Quantity | Unit Price per Round | Total Price | Delivery Date |
|---|---|---|---|---|---|---|
| 0101F | First Article (FA) Test | | See page 6 | Not Separately Priced | Not Separately Priced | 30 Days after award. See Page 6 |
| 0102F | .38 Spl | Q4345 | ~~500~~ 1,000 +500 | 0.26160 | $261.60 | 60 Days after FA is approved. |
| 0104F | .357SIG | Q4343 | 1,000 | 0.26160 | $261.60 | 60 Days after award. |
| 0105F | .45 ACP (Auto) | Q4344 | 1,000 | 0.30000 | $300.00 | 60 Days after FA is approved. |
| 0106F | .40 S&W | Q4341 | 1,000 | 0.25620 | $256.20 | 60 Days after award. |
| 0107F | 9mm (9x19) 100 Grain | Q4342 | 1,000 | 0.21800 | $218.00 | 60 Days after award. |
| 0107F | 9 mm (9x19) 90 Grain | Q4346 | ~~850~~ 1,000 +150 | 0.20710 | $207.10 | 60 Days after FA is approved. |
| 0109F | 12 GA #00 Buck | Q1539 | 1,000 | 0.59950 | $599.50 | 60 Days after FA is approved. |
| 0110F | 12 GA #4 Buck | Q1540 | 1,000 | 0.62680 | $626.80 | 60 Days after FA is approved. |
| 0111F | 12 GA Slug | Q1542 | 1,000 | 0.59950 | $599.50 | 60 Days after FA is approved. |
| 0115F | 0.223 | Q3281 | 1,000 | 0.34880 | $348.80 | 60 Days after FA is approved. |
| | | | | Subtotal | $3,679.10 | |

### Training

| SLIN | Caliber/Gauge | Part Number | Quantity | Unit Price per Round | Total Price | Delivery Date |
|---|---|---|---|---|---|---|
| 0101T | First Article Test | | See page 6 | Not Separately Priced | Not Separately Priced | 30 Days after award. See Page 6 |
| 0109T | 12 GA #00 Buck | Q1539 | 1,000 | 0.59950 | $599.50 | 60 Days after FA is approved. |
| 0110T | 12 GA #4 Buck | Q1540 | 1,000 | 0.62680 | $626.80 | 60 Days after FA is approved. |
| 0111T | 12 GA #7 Shot | Q1541 | 1,000 | 0.26160 | $261.60 | 60 Days after award. |
| 0113T | 12 GA Slug | Q1542 | 1,000 | 0.59950 | $599.50 | 60 Days after FA is approved. |
| 0118T | .223 Unjacketed | Q3281 | 1,000 | 0.34880 | $348.80 | 60 Days after FA is approved. |
| 0119T | .223 Jacketed | Q3262 | 1,000 | 0.29300 | $293.00 | 60 Days after award. |
| | | | | Subtotal | $2,729.20 | |

**Total Order Amount:** $6,408.30

# FIRST AMERICAN Engineered Solutions, L.L.C.
## An American Indian-Owned Enterprise

Principal Location:
136 Jackson Street, Suite C
Oshkosh, Wisconsin 54901
Telephone: (920) 231-8501
Facsimile: (920) 231-8506

Corporate Headquarters:
1200 G Street, NW, Suite 800
Washington, DC 20005
Telephone: (800) 691-9027
Facsimile: (800) 691-9028

## CREDIT MEMO

**Credit Memo Number:** 904021204-a
**Credit Memo Date:** April 6, 2004

**Bill To:** ACCOUNTS PAYABLE
Department of Homeland Security/Procurement
FLETC Procurement Division
1131 Chapel Crossing Road
Brunswick (Glynco), Georgia 31524-0001

**Remit To:** First American Engineered Solutions, L.L.C.
Post Office Box 523
Belleville, Illinois 62220

**Purchase Requisition:** 03FAD0156  **Issuing Office:** Department of Homeland Security/PRO
**Order Number:** FTDO0301738  Attn: Scott Langston, Bldg. 93
**Contract No.:** Tftc 03-25  1131 Chapel Crossing Road
Glynco, Georgia 31524

| Item | Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| 1. | 1 Case | Q4345 .38 Special, Reduced Hazard Frangible Ammunition (Thousand rounds per case) | $ 261.60 | $ 261.60 |
| 2. | 1 Case | Q4343 .357 SIG, Reduced Hazard Frangible Ammunition (Thousand rounds per case) | $ 261.60 | $ 261.60 |
| 3. | 1 Case | Q4344 .45 ACP Auto, Reduced Hazard Frangible Ammunition (Thousand rounds per case) | $ 300.00 | $ 300.00 |
| 4. | 1 Case | Q4341 .40 S&W, Reduced Hazard Frangible Ammunition (Thousand rounds per case) | $ 256.20 | $ 256.20 |
| 5. | 1 Case | Q4342 9MM, 100 Grain, Reduced Hazard Frangible Ammunition (Thousand rounds per case) | $ 218.00 | $ 218.00 |
| 6. | 1 Case | Q4346 9MM, 90 Grain, Reduced Hazard Frangible Ammunition (Thousand rounds per case) | $ 207.10 | $ 207.10 |
| 7. | 1 Case | Q1539 12 Gauge, #00 Buck Shot Reduced Hazard, Frangible Ammunition (Thousand rounds per case) | $ 599.50 | $ 599.50 |
| | | **Subtotal** | | $ (2,104.00) |

**MBDA National Minority Supplier of the Year**

# FIRST AMERICAN *Engineered Solutions, L.L.C.*
## *An American Indian-Owned Enterprise*

Principal Location:
136 Jackson Street, Suite C
Oshkosh, Wisconsin 54901
Telephone: (920) 231-8501
Facsimile: (920) 231-8506

Corporate Headquarters:
1200 G Street, NW, Suite 800
Washington, DC 20005
Telephone: (800) 691-9027
Facsimile: (800) 691-9028

**Department of Homeland Security**
April 6, 2004
Page two

| # | Qty | Description | Unit Price | Total |
|---|---|---|---|---|
| 8. | 1 Case | Q1540 12 Gauge, #4 Shot, Reduced Hazard, Frangible Ammunition (Thousand rounds per case) | $ 626.80 | $ 626.80 |
| 9. | 1 Case | Q1542 12 Gauge, Slug Reduced Hazard Frangible Ammunition (Thousand rounds per case) | $ 599.50 | $ 599.50 |
| 10. | 1 Case | Q3281 .223, Unjacketed, Reduced Hazard, Frangible Ammunition (Thousand rounds per case) | $ 348.80 | $ 348.80 |
| 11. | 1 Case | Q1539 12 Gauge, #00 Buck Shot Reduced Hazard Training Ammunition (Thousand rounds per case) | $ 599.50 | $ 599.50 |
| 12. | 1 Case | Q1540 12 Gauge, #4 Shot, Reduced Hazard Training Ammunition (Thousand rounds per case) | $ 626.80 | $ 626.80 |
| 13. | 1 Case | Q1541 12 Gauge, #7 Shot Reduced Hazard Training Ammunition (Thousand rounds per case) | $ 261.60 | $ 261.60 |
| 14. | 1 Case | Q1542 12 Gauge, Slug Reduced Hazard Training Ammunition (Thousand rounds per case) | $ 599.50 | $ 599.50 |
| 15. | 1 Case | Q3281 .223, Unjacketed, Reduced Hazard Training Ammunition (Thousand rounds per case) | $ 348.80 | $ 348.80 |
| 16. | 1 Case | Q3262 .223, Jacketed, Reduced Hazard Training Ammunition (Thousand rounds per case) | $ 293.00 | $ 293.00 |
| | | **Subtotal** | | $ (4,304.30) |
| | | **CREDIT AMOUNT:** | | $ (6,408.30) |

**NOTES:**
1. Payment terms: Inclusive of Federal Excise Tax (FET)
2. Payment terms: Net thirty (30) days
3. DUNS number: 11-437-5756
4. Federal ID number: 41-1879504

Thank you for extending to First American Engineered Solutions an opportunity
to assist in the fulfillment of the U. S. Customs Service mission.

**MBDA National Minority Supplier of the Year**