UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, et al.,

        Plaintiffs,

  v.                                                      Case No. 08-C-141

OLIN CORP.,

        Defendant.

**ORDER**

This case was stayed in September 2008 in conjunction with this Court's order to arbitrate certain claims. The clerk recently requested a status update from the parties. The only response received indicated that things had not progressed due to bankruptcy and other reasons. Further, counsel for the relator Plaintiffs has lost touch with her client and the client company has been placed into receivership. Neither the government nor the Defendant responded to the status request.

Because it appears that this case is no longer "live," and because two and one-half years have passed since the stay order, the case will be **DISMISSED** without prejudice for failure to prosecute.

**SO ORDERED** this   16th   day of March, 2011.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach
                                                    United States District Judge