AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

FIRST AMERICAN ENGINEERED
SOLUTIONS LLC, and GERALD MORRIS,

        Plaintiffs,

        **JUDGMENT IN A CIVIL CASE**

v.

        Case No. 08-C-141

OLIN CORPORATION,

        Defendant.

---

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came before the Court for consideration.

     **IT IS HEREBY ORDERED AND ADJUDGED** that First American Engineered Solutions LLC and Gerald Morris take nothing, that counts 4 and 5 of the complaint are dismissed with prejudice, and that this action is dismissed without prejudice for failure to prosecute.

    Approved:      s/ William C. Griesbach
                         WILLIAM C. GRIESBACH
                         United States District Judge

Dated: March 17, 2011.

                         JON W. SANFILIPPO
                         Clerk of Court

                         s/ A. Wachtendonck
                         (By) Deputy Clerk